## PAYNE v. WILKES *et ux.*

No. 1837. Opinion Filed May 26, 1913.

*Error from District Court, Jackson County;*
*J. F. Jackson, Special Judge.*

Action by P. L. Wilkes and Stella Wilkes against W. H. Payne. Judgment for plaintiffs, and defendant brings error. Affirmed.

*E. E. Gore,* for defendants in error.

Opinion by HARRISON, C. At the January term this cause was dismissed for failure to file briefs. During the term

motion was filed by defendants in error to set aside the order of dismissal and affirm the judgment of the lower court.

Upon the authority of *Merchants' & Planters' Ins. Co. v. Crane et al.,* 31 Okla. 713, 123 Pac. 1127, and *McKain v. J. I. Case Threshing Mach. Co.* 35 Okla. 164, 128 Pac. 895, the original opinion is withdrawn, the order of dismissal is set aside, and this opinion affirming the judgment of the lower court is filed in its stead.

The judgment should, therefore, be affirmed.

By the Court: It is so ordered.